UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE MARQUETTE TRANSPORTATION COMPANY OFFSHORE, LLC, AS OWNER AND OPERATOR OF THE MR. CONNOR AND MISS CAROLINE | CIVIL ACTION<br><br>NO. 23-6403<br><br>SECTION "G"(2) |

### ORDER AND REASONS

This is an admiralty limitation of liability action filed pursuant to Rule F of the Supplementary Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Title 46, United States Code, Section 30501, *et seq*. Before the Court is Limitation Petitioner Marquette Transportation Company Offshore, LLC's ("Marquette") "Motion for Entry of Default."[1] Marquette seeks entry of default against all non-appearing claimants.[2]

On October 19, 2023, Marquette filed a Complaint for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. § 30501 *et seq.* in connection with allegations that the fishing watercraft WILD WILLY struck Claimant Great Lakes Dredge & Dock Company's ("Great Lakes") dredge pipes on or about August 9, 2023 in the Cape May Harbor, New Jersey.[3] Marquette's M/V MR. CONNOR and M/V MISS CAROLINE were chartered to tow two barges for Great Lakes on August 8, 2023.[4] This Court ordered notice to be issued requiring all persons claiming damages arising from the voyage of the MV MR. CONNOR and M/V MISS CAROLINE to file their respective claims with the Clerk of Court on or before January 12, 2024.[5] Legal notice appeared in

---

[1] Rec. Doc. 15.

[2] *Id.*

[3] Rec. Doc. 1.

[4] *Id.* at 3.

[5] Rec. Docs. 4, 4-1.

1

The Times-Picayune on October 28, 2023, November 4, 2023, November 11, 2023, and November 18, 2023.[6] The period for filing claims has expired and the persons, firms, corporations, or entities who have filed claims or an answer are Southern Dawn, L.L.C. and Dawn Services L.L.C.;[7] Great Lakes[8]; Phillip Marchesani and Stephanie Marchesani;[9] Jacqueline J. Heitman and Patricia R. Heitman, in their own right and in their capacity as qualified administrators and as the legal and personal representatives of the Estate of Christopher Heitman;[10] and William Heitman and Patricia Orlandini, in their own right.[11] There have been no other claims filed with respect to the voyage of the M/V MR. CONNOR and M/S MISS CAROLINE.

Marquette asserts that it is entitled to a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure. Rule F(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, mandates:

> (5) Claims and Answer. Claims shall be filed and served on or before the date specified in the notice provided for in subdivision (4) of this rule. Each claim shall specify the facts upon which the claimant relies in support of the claim, the items thereof, and the dates on which the same accrued. If a claimant desires to contest either the right to exoneration from or the right to limitation of liability the claimant shall file and serve an answer to the complaint unless the claim has included an answer.

Marquette fulfilled its obligation to publish notice of the limitation proceeding once a week for four consecutive weeks in The Times-Picayune, as required by Supplemental Rule F(4). The notice expressly and clearly stated that the deadline for filing a claim was January 12, 2024 and that a

---

[6] Rec. Doc. 15-2 at 1.

[7] Rec. Doc. 8.

[8] Rec Doc. 9.

[9] Rec. Doc. 10.

[10] Rec. Docs. 11, 12.

[11] Rec. Docs. 11, 12.

consequence of failing to file a claim by that deadline would be entry of default.[12] Approximately two weeks have elapsed since the deadline for filing a claim. To date, only the above-named claimants have filed a claim. Accordingly, Marquette is entitled to a default judgment as to all other non-appearing claimants.

For the foregoing reasons,

**IT IS ORDERED** that Marquette's motion is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any and all parties that did not enter a claim in the above-captioned limitation proceeding are hereby in default, and are enjoined from entering a claim against Marquette arising out of or in connection with the alleged incident which took place on or about August 9, 2023 on the M/V MR. CONNOR and M/V MISS CAROLINE, as described in the Complaint for Exoneration from or Limitation of Liability.

**NEW ORLEANS, LOUISIANA,** this __26th__ day of January, 2024.

**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[12] Rec. Doc. 15-2 at 2.